sant Chanler, for appellant. Robert C. Taylor, for the People.

PER CURIAM. Defendant appeals from a judgment convicting him of the crime of arson in the first degree, for which he was sentenced to state's prison for the term of 19 years. He has had two trials, and each has resulted in a judgment of conviction. Upon the appeal from the first judgment a majority of this court was of the opinion that a new trial should be ordered, because it did not satisfactorily appear that the fire was of incendiary origin. People v. Wagner, 71 App. Div. 399, 75 N. Y. Supp. 950. Upon the second trial, however, this fact was made to appear, or evidence given which justified the finding of the jury in this respect. In view of the importance of the appeal to the defendant, we have carefully examined the record, and are satisfied that at the conclusion of the trial there was a clear question of fact for the jury, both as to the origin of the fire and defendant's connection with it. The defendant had a fair trial. No errors were committed to his prejudice, either in the admission of evidence or in the instructions given to the jury. He was found guilty by the jury, and we see no reason for interfering with their verdict. The judgment and order appealed from, therefore, must be affirmed.

---

**PEOPLE, Respondent, v. WITTENBERG, Appellant.** (Supreme Court, Appellate Division, First Department. June 5, 1903.) Proceeding by the people of the state of New York against Henry Wittenberg. J. Oliver, for appellant. R. C. Taylor, for the People.

PER CURIAM. Judgment affirmed.

LAUGHLIN, J., dissents.

---

**PEOPLE ex rel. BELMONT et al., Respondents, v. LEONARD et al., Appellants.** (Supreme Court, Appellate Division, First Department. May 8, 1903.) Proceeding by the people of the state of New York, on the relation of August Belmont and another, against William D. Leonard and others. R. C. Beatty, for appellants. C. S. Davison, for respondents. No opinion. Order affirmed, with $10 costs and disbursements, on the opinion of the court below. 81 N. Y. Supp. 280.

---

**PEOPLE ex rel. BREWSTER v. OLD GUARD OF CITY OF NEW YORK.** (Supreme Court, Appellate Division, First Department. June 19, 1903.) Proceeding by the people of the state of New York, on the relation of Henry H. Brewster, against the Old Guard of the City of New York. No opinion. Motion denied.

---

**PEOPLE ex rel. BROOKLYN UNION GAS CO., Appellant, v. FEITNER et al., Board of Taxes and Assessments, Respondents.** (Supreme Court, Appellate Division, Second Department. May 7, 1903.) Proceeding by the people of the state of New York, on the relation of the Brooklyn Union Gas Company, against Thomas L. Feitner and others, constituting the board of taxes and assessments of the city of New York. No opinion. Order resettled and signed.

---

**PEOPLE ex rel. CAIN, Respondent, v. COLLIER et al., State Civil Service Commission, Appellants.** (Supreme Court, Appellate Division, Second Department. June 12, 1903.) Proceeding by the people of the state of New York, on the relation of Frank Cain, against William Miller Collier and others, constituting the State Civil Service Commission. No opinion. Order reversed, without costs. See People ex rel. Sims v. Collier (App.) 67 N. E. 309.

---

**PEOPLE ex rel. COMYN, Appellant, v. PARTRIDGE, Com'r, Respondent.** (Supreme Court, Appellate Division, First Department. May 22, 1903.) Proceeding by the people of the state of New York, on the relation of Felix Comyn, against John N. Partridge, commissioner. L. J. Grant, for appellant. G. L. Rives, for respondent. No opinion. Proceeding affirmed, and writ dismissed, with costs.

---

**PEOPLE ex rel. CONSOLIDATED TELEGRAPH & ELECTRICAL SUBWAY CO., Appellant, v. PRIEST et al., Tax Com'rs, Respondents.** (Supreme Court, Appellate Division, Third Department. May 23, 1903.) Proceeding by the people of the state of New York, on the relation of the Consolidated Telegraph & Electrical Subway Company, against George E. Priest, J. Edgar Leaycraft, and Lester F. Stearns, constituting the state board of tax commissioners of the state of New York. No opinion. Appeal dismissed, on the ground that the question is now academic.

---

**PEOPLE ex rel. CONSOLIDATED TELEGRAPH & ELECTRICAL SUBWAY CO., Appellant, v. PRIEST et al., Tax Com'rs, Respondents.** (Supreme Court, Appellate Division, Third Department. May 23, 1903.) Proceeding by the people of the state of New York, on the relation of the Consolidated Telegraph & Electrical Subway Company, against George E. Priest, J. Edgar Leaycraft, and Lester F. Stearns, constituting the state board of tax commissioners of the state of New York. No opinion. Final order affirmed, with costs.

---

**PEOPLE ex rel. GEOGHAN, Appellant, v. OGDEN et al., Respondents.** (Supreme Court, Appellate Division, First Department. May 22, 1903.) Proceeding by the people of the state of New York, on the relation of William Geoghan, against Willis L. Ogden and others. W. J. Bolger, for appellant. T. Connoly, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.